Theodore F. Nuby, Plaintiff
45 Pond Street
Holbrook, MA 02343

v.

Judge Diane Moriarty, Defendant
1 Dennis Ryan Parkway
Quincy, MA 02169

and

Attorney Mark Connor, Defendant
510 Washington Street
Dorchester, MA 02124

**05 - 11125 RGS**

Referred to MJ JGDein

## COMPLAINT

Violation of Rights

On July 18, 2002, I, Theodore F. Nuby, Plaintiff, was sitting in my auto at the MBTA's Ashmont Station waiting for my wife. Officer John Dwyer approached my auto and for no reason started to poke me in the chest. Officer Dwyer was aware that I had been unable to appear in Court on a civil action on April 1, 2002, due to having heart surgery. When I asked him to stop poking me, he would not so I closed the car window. Officer Dwyer broke the window and I was arrested for assault and battery on a police officer with a dangerous weapon.

Later that day, my wife had to borrow money from our son in order to post bail for me. I advised the bondswoman that I had a civil case in Waltham and asked if it would be all right to report to Court a day late. She said that was all right, so I reported on the next Court date.

When I next appeared in Court, I was assigned Attorney Mark Conner who told me to plead guilty when I returned.

31  On November 26, 2002, I went to Court in Dorchester. I told Attorney Mark Connor that
32  I did not want to plead guilty on the case, but he was insistent. Judge Diane Moriarty refused to
33  let me have another attorney, and would not grant a continuance so that I could get another
34  attorney.
35
36  I therefore plead guilty, got probation, and the lawyer had me sign a document that was
37  supposed to release me from the Court. That document turned out to be an admission to another
38  crime which I knew nothing about for citation #731988 (enclosed Exhibit 1). The ticket that I
39  had actually appeared in Court for, three citations later, was #731991 dated July 18, 2002.
40
41  Although ticket #731988 was from the same book as Officer John Dwyer's citation, it
42  was dated January 18, 2002, it was designated for South Boston Court (but was later heard in
43  Dorchester), and it was signed by Detective Joseph Leary. The automobile was listed as a
44  Cadillac Seville.
45
46  I was never sent a summons to appear for case #1139 (citation #731988), and only found
47  out about the trial when I applied for a new driver's license which had been lost when the same
48  MBTA police officer arrested me again for assault and battery on a police officer, for which I
49  was found not guilty. After posting bail on that matter, I asked the bondsman if I could report on
50  the second Court date as I had a civil matter the next day in Waltham. He said it was okay, but
51  when I reported for Court, I was defaulted by Judge Diane Moriarty and spent two weeks in jail.
52
53  The South Boston Court knew nothing about the ticket, and Detective Leary admitted to
54  me that he had never gone to Court on any case against me. I tried to obtain the tape of the trial
55  on three occasions, but was informed by the Dorchester Court Clerk on February 18, 2005, that it
56  is missing/lost (tape #3699, start 2330, end 2802).
57
58  Attorney Mark Conner obtained my signature under false pretense.
59
60  Judge Diane Moriarty defaulted me and put me in jail when I had not broken the law.
61  She tried me on a case that I knew nothing about, using a witness who did not actually appear in

62  Court, Detective Joseph Leary. I, Theodore F. Nuby, was not in Court during the alleged trial
63  and the tape(s) is missing.
64
65     I believe that Judge Moriarty excluded her immunity by committing an illegal act in this
66  trial.
67
68     Due to the two citations and the actions taken in Court, I was assessed ten points
69  surcharge and I lost my driver's license for one year until I brought the case back to Court. My
70  fees amounted to $1,090.00. It cost $1,600.00 to get my license back. The surcharge increased
71  approximately $800.00.
72
73     WHEREFOR:
74     Because of the expenses incurred of $3,490.00 and the loss of income for one year,
75  $12,000.00, I would ask that this Court rectify the record, grant me the sum of $15,490.00, and
76  take any action the Court deems fit with regard to the illegal actions taken against me. I ask for a
77  speedy hearing or trial, as I am a 71-year-old man who is on dialysis seven days per week.
78
79     I, Theodore F. Nuby, swear under the pains and penalties of perjury that all of the
80  statements made herein are the truth to the best of my knowledge.
81
82
83
84                                      *(signature)* Theodore Nuby
85                                      Theodore F. Nuby
86                                      45 Pond Street
87                                      Holbrook, MA 02343
88                                      (781) 767-1475
89
90                                      Dated: 5-19-2005

| TENDER OF PLEA OR ADMISSION WAIVER OF RIGHTS | 0207 CR 1139 | 3 | District Court Department |
|---|---|---|---|
| INSTRUCTIONS: This form must be typed or printed clearly, completed prior to the Pretrial Hearing, signed by both counsel and submitted to the court by the defendant at or before the Pretrial Hearing. | NAME OF DEFENDANT<br><br>Ted Nuby | COURT DIVISION | Dorchester District Court<br>510 Washington Street<br>Dorchester, MA. 02124 |

## SECTION I — TENDER OF PLEA

Defendant in this case hereby tenders the following: **PLEA OF GUILTY**   **ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY** conditioned on the dispositional terms indicated below. *Include all proposed terms (guilty finding, finding of sufficient facts, continued without finding, dismissal, fine, costs, probation period and supervision terms, restitution amount including the identification of the recipient of restitution, and any sentence of incarceration, split sentence or suspended sentence, etc.). Number each count and specify terms for each count separately.*

| COUNT NO. | DEFENDANT'S DISPOSITIONAL TERMS (Check "Yes" if Prosecution agrees – Check "No" if Prosecution disagrees) | | PROSECUTOR'S RECOMMENDATION (Required if Prosecutor disagrees with terms) |
|---|---|---|---|
| 1 | Guilty - Filed | YES ✓ / NO | |
| 2 | Resp - Filed | YES ✓ / NO | |
| 3 | Dism | YES ✓ / NO | |
|   |   | YES / NO | |
|   |   | YES / NO | |

WE HAVE CONSULTED WITH THE PROBATION DEPARTMENT REGARDING ANY PROBATION TERMS SET FORTH ABOVE.

| SIGNATURE OF DEFENSE COUNSEL<br>X *Mark [signature]* | DATE<br>11·26·02 | SIGNATURE OF PROSECUTING OFFICER<br>X *[signature]* | DATE<br>11·26·02 |
|---|---|---|---|

## SECTION II — PLEA OR ADMISSION ACCEPTED BY THE COURT

The Court ✓ **ACCEPTS** the tendered Plea or Admission on defendant's terms set forth in Section I, and will impose sentence in accordance with said terms, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

## SECTION III — PLEA OR ADMISSION REJECTED BY THE COURT

| The Court ___ **REJECTS** the defendant's dispositional terms set forth above and, in accordance with Mass. R. Crim. P. 12(c)(6), has set forth to the defendant the dispositional terms it would find acceptable, to wit: | **DEFENDANT'S DECISION IF COURT REJECTS TENDERED PLEA OR ADMISSION:**<br><br>___ Defendant **WITHDRAWS** the tendered Plea or Admission; the parties must complete and file a Pretrial Conference Report, a Pretrial Hearing must be conducted and a trial date scheduled, if necessary.<br><br>___ Defendant **ACCEPTS** terms set forth by the Court, a Plea or Admission will be accepted by the court and said dispositional terms imposed, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS. |
|---|---|

| SIGNATURE OF JUDGE ACCEPTING OR REJECTING PLEA OR ADMISSION<br>X *[signature]* | DATE<br>11-26-02 | SIGNATURE OF DEFENSE COUNSEL (If rejection decision made) | DATE |
|---|---|---|---|

DC-CR 22 (8/96)



1 — SENT TO Registry
VIOLATER COPY
X   NO COPY SENT TO
PLAINTIFF

| CRIMINAL DOCKET | DOCKET NO. 0207CR001139 | ATTORNEY NAME Waiver |
|---|---|---|
| COURT DIVISION: Dorchester | ☐ INTERPRETER REQUIRED | DATE and JUDGE | DOCKET ENTRY |

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
NUBY, THEODORE
45 POND STREET
HOLBROOK, MA 02343

*T.N. Burns*

ORIGINAL  *Master*

**Docket Entry:**
- ☐ Attorney appointed (SJC R. 3:10)
- ☐ Atty denied and Deft Advised per 211D §2A
- ☐ Waiver of counsel found after colloquy
- Terms of release set:
  - ☐ PR  ☐ Bail:
  - ☐ Held (276 §58A)
  - ☐ See back for special conditions
- Arraigned and advised: *Bill*
- ☑ Potential of bail revocation (276 §58)
- ☐ Right to bail review (276 §58)
- ☐ Right to drug exam (111E §10)

| DEFT. DOB AND SEX | |
|---|---|
| 08/24/1933  M | |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| 01/18/2002 | DORCHESTER |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| LEARY, DET. JOSEPH | MBTA POLICE (COMMUN |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 02/20/2002 | 03/07/2002 09:00:00 |

- Advised of right to jury trial:
  - ☐ Does not waive
  - ☐ Waiver of jury trial found after colloquy
- Advised of trial rights as pro se (Supp. R. 4)
- Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT/OFFENSE**
1. 90/25/D STOP FOR POLICE, FAIL c90 §25

FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED

**DISPOSITION DATE and JUDGE:** NOV 26 2002  *Moriarty*

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☐ Not Guilty
- ☑ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
  - ☐ Probation   ☐ Pretrial Probation (276 §87) - until:
- ☐ To be dismissed upon payment of court costs/restitution
- ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim
  - ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other:
- ☑ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged

---

**COUNT/OFFENSE**
2. 90/16 OPERATION OF MOTOR VEHICLE, IMPROPER * c90

**DISPOSITION DATE and JUDGE:** NOV 26 2002  *Moriarty*

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☑ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
  - ☐ Probation   ☐ Pretrial Probation (276 §87) - until:
- ☐ To be dismissed upon payment of court costs/restitution
- ☐ Dismissed upon: ☐ Request of Comm.  ☐ Request of Victim
  - ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other:
- ☑ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged

---

**COUNT/OFFENSE**
3. 666666 MISCELLANEOUS MUNIC ORDINANCE/BYLAW VIO

**DISPOSITION DATE and JUDGE:** NOV 26 2002  *Moriarty*

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☐ Not Guilty
- ☐ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- ☐ Sufficient facts found but continued without guilty finding until:
  - ☐ Probation   ☐ Pretrial Probation (276 §87) - until:
- ☐ To be dismissed upon payment of court costs/restitution
- ☑ Dismissed upon: ☑ Request of Comm.  ☐ Request of Victim
  - ☐ Request of Deft  ☐ Failure to prosecute  ☐ Other:
- ☐ Filed with Deft's consent  ☐ Nolle Prosequi  ☐ Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- ☐ Dismissed on recommendation of Probation Dept.
- ☐ Probation terminated: defendant discharged

---

**COURT ADDRESS:**
Dorchester District Court
510 Washington Street
Dorchester, MA 02124

A TRUE COPY ATTEST. **X**   CLERK-MAGISTRATE/ASST. CLERK   ON (DATE)

ADDITIONAL COUNTS ATTACHED

# MASSACHUSETTS UNIFORM CITATION

K0731991

| DATE CITATION WRITTEN | AGENCY CODE | OFFICER I.D. NUMBER | COURT CODE | TYPE OF CITATION |
|---|---|---|---|---|
| 01/18/02 | MTA | R512 | 03 | ☑ OPER ☐ OWNER |

**VIOLATOR**

| MOTOR VEHICLE LICENSE NO OF VIOLATOR | STATE | CLASS | CDL LICENSE | RACE | SEX | NON-INVENTORY MV SEARCH |
|---|---|---|---|---|---|---|
| S88865104 | MA | D | ☐ YES ☑ NO | B | M | ☑ NO ☐ YES |

| VIOLATOR NAME (Last) | (First) | (Initial) | DATE OF BIRTH |
|---|---|---|---|
| NUBY | THEODORE | F | 082433 |

| ADDRESS | CITY/TOWN | STATE | ZIP |
|---|---|---|---|
| 45 PINE ST | HOLBROOK | MA | 02343 |

| PLATE TYPE | MOTOR VEHICLE REGISTRATION NO | STATE | CDL VEHICLE | HAZARDOUS MATERIAL | MAKE AND TYPE | YEAR | COLOR |
|---|---|---|---|---|---|---|---|
| CO | 748932 | MA | ☐ YES ☑ NO | ☐ YES ☑ NO | CADILLAC SE | 91 | BL |

**OFFENSE(S)**

| DATE OF OFFENSE | LOCATION OF OFFENSE | TIME OF OFFENSE | ACCIDENT |
|---|---|---|---|
| 01/18/02 | ASHMONT MBTA 1960 DORCHESTER AVE BOSTON | 1115 AM | ☐ YES ☑ NO |

| CHAP/SEC/SUB | | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|
| A. C90 S25 | ☑ CRIM ☐ CIVIL | REFUSE TO STOP FOR P/O | $ |
| B. | ☐ CRIM ☐ CIVIL | | $ |
| C. | ☐ CRIM ☐ CIVIL | | $ |

☐ SPEEDING  ☐ 90/17  ☐ 90/18  CIVIL  MPH IN ___ / MPH ZONE ___  ☐ POSTED ☐ NOT POSTED  ☐ CLOCKED ☐ RADAR ☐ ESTIMATED

SPEEDING ASSESSMENTS INCLUDE A $25 SURCHARGE FOR THE HEAD INJURY TRUST FUND

TOTAL DUE: $

OFFICER CHECK ONE ONLY:
☐ ALL CIVIL INFRACTIONS (See instruction A on back)
☐ CRIMINAL APPLICATION (See instruction B on back)
☑ ARREST
☐ WARNING (No action required by violator)

OFFICER CERTIFIES: ☐ IN HAND TO VIOL  ☑ MAILED TO VIOL  ☐ IN HAND TO VIOLATOR'S AGENT

X John Dwyer

VIOLATOR/AGENT ACKNOWLEDGES RECEIPT OF CITATION

X

NOTICE TO VIOLATOR: SEE REVERSE SIDE FOR INSTRUCTIONS

VIOLATOR COPY