```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

THEODORE F. NUBY, SR.,           )
          Plaintiff,             )
                                 )
          v.                     )
                                 )  Civil Action No. 05-11125-RGS
                                 )
JUDGE DIANE MORIARTY and MARK    )
CONNOR,                          )
          Defendants.            )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated September 20, 2006, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

                                                   SARAH A. THORNTON
                                                   CLERK OF COURT


Dated: 9/21/06          By /s/ Mary Johnson
                             Deputy Clerk