## Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

FILED
CLERKS OFFICE

2006 SEP 29 P 2: 38

DISTRICT COURT
DISTRICT OF MASS

District Court No. 5-11125
Appeal No. 06 2349

THEODORE KNUBY SR.
   v.
DIANE MORRIATY ET. AL

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Theodore Knuby SR.* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: _____ |

My issues on appeal are: I WAS TRIAD WITHOUT KNOWING ABOUT IT DEPRIVING ME OF DUE PROCESS.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 296.00 | $ 120.00 | $ 0 | $ 120.00 |
| Disability (such as social security, insurance payments) | $ 455.00 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly income: | $ ~~1500~~ $751.00 | $ 120.00 | $ 751.00 | $ 120 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| SELF | 45 POND ST | 1971 – | ? |
| | | | |
| | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| ? | | | |
| | | | |
| | | | |

2

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

FILED
CLERKS OFFICE

2006 SEP 29  P 2: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

District Court No. 5-1125
Appeal No. 06 2349

THEODORE KNOBY SR.
v.
DIANE MORRIATY ET. AL

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: Theodore Knoby SR. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: _____ |

My issues on appeal are: I WAS TRIAD WITHOUT KNOWING ABOUT IT DEPRIVING ME OF DUE PROCESS.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 296.00 | $ 120.00 | $ 0 | $ 120.00 |
| Disability (such as social security, insurance payments) | $ 455.00 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly income: | $ ~~751.00~~ $751.00 | $ 120.00 | $ 751.00 | $ 120 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| SELF | 45 POND ST | 1971 – | ? |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| ? | | | |

2

SOCIAL SECURITY ADMINISTRATION

Date: September 25, 2006
Claim Number: 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A
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AI

THEODORE F NUBY
45 POND ST
HOLBROOK MA 02343-4304

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2005, the full monthly
Social Security benefit before any deductions is......$ 296.10

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is.......$ 296.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

Beginning January 2006, the current
Supplemental Security Income payment is..............$ 455.82

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

SOCIAL SECURITY ADMINISTRATION
166 MAIN STREET
BROCKTON, MA 02301

4. *How much cash do you and your spouse have?* $ Ma $60

   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| HoLBRook C.oP | check | $ ? | $ ? |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

**Home** ? (Value)  **Other real estate** (Value)  **Motor Vehicle #1** (Value)
                    NoNe                           Make & year: 2003 Toy ?
                                                   Model:
                                                   Registration#:

**Motor Vehicle #2** (Value)  **Other assets** (Value)  **Other assets** (Value)
Make & year:
Model:
Registration#:

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | 0 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| 0 | 0 | 0 |

3

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) <br> Are any real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ ? | $ ? |
| Food | $ 200 | $ |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 12,00 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or renter's | $ 0 | $ ? |
| Life | $ 0 | $ |
| Health   MASS HEALTH | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ | $ |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): | $ 0 | $ 0 |
| Department store (name): | $ 0 | $ 0 |
| Other: | $ 0 | $ 0 |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify):_____ | $_____ | $_____ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No  If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. THE ONLY MONEY I RECIEVE IS SSI + SDI
5

13. State the address of your legal residence.
    45 FORD ST  02343

Your daytime phone number: (781) 767 1475
Your age: 23    Your years of schooling: 7 COMPLETED

*Theodore R. Ruly* (signature)

6